# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Monica D. Rivers,

  Plaintiff              3:17CV01592

 v.                **Judgment Entry**

State Farm Fire & Casualty Co.,

  Defendant

  In accordance with the order filed contemporaneously with this judgment entry, it is hereby,

  ORDERED THAT the motion of State Farm Fire & Casualty Company for judgment on the pleadings (Doc. 5) be, and the same hereby is granted.

  So ordered.

                 <u>/s/ James G. Carr</u>
                 Sr. U.S. District Judge